**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREGORY S. DAILY,

       Plaintiff,

       v.

FEDERAL INSURANCE COMPANY,
et al.,

       Defendants.

_____/

No. C 04-3791 PJH

**ORDER VACATING HEARING DATE**

      The court has reviewed the papers submitted in connection with the motion to dismiss the second amended complaint, and finds the motion to be appropriate for decision without oral argument. Accordingly, the date for the hearing on the motion, previously set for Wednesday, July 20, 2005, is VACATED.

**IT IS SO ORDERED.**

Dated: July 8, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge