UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREGORY S. DAILY,

        Plaintiff,

   v.

FEDERAL INSURANCE COMPANY, *et al.*,

        Defendants.
_____/

No. C-04-3791 PJH (EMC)

**ORDER RE STIPULATED REQUEST FOR AN ORDER SHORTENING TIME (Docket Nos. 132-33)**

        On September 26, 2005, the parties in this case filed a stipulation, agreeing to an expedited schedule for Defendants' motion to compel (located at Docket No. 126). The parties also agreed that no hearing was needed for the motion to compel.

        Accordingly, the Court shall consider Defendants' motion to compel on an expedited basis and without a formal hearing. Plaintiff Gregory S. Daily has already filed an opposition to the motion to compel. *See* Docket No. 136.

        IT IS SO ORDERED.

Dated: September 27, 2005

_____
EDWARD M. CHEN
United States Magistrate Judge