FILED

OCT 24 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  MORGAN, LEWIS & BOCKIUS LLP
   DAVID E. WEISS, State Bar No. 148147
2  CRISTINA M. SHEA, State Bar No. 179895
   One Market, Spear Street Tower
3  San Francisco, CA 94105-1126
   Tel: 415.442.1000
4  Fax: 415.442.1001
   E-mail: dweiss@morganlewis.com
5  cshea@morganlewis.com

6  Attorneys for Plaintiff
   GREGORY S. DAILY

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11

12 | GREGORY S. DAILY,                | Case No. C 04-3791 PJH
13 |         Plaintiff,               | STIPULATION AND [PROPOSED]
   |                                  | ORDER OF DISMISSAL
14 |    vs.                           |
15 | FEDERAL INSURANCE CO., et al.,   |
16 |         Defendants.              |
17 |                                  |
   | AND RELATED CROSS-ACTION.        |
18

19     IT IS HEREBY STIPULATED by and between the parties to this action, through their

20 designated counsel, that the above-captioned action be, and hereby is, dismissed with prejudice,

21 with respect to all claims for Defense Costs[1], and for conduct of Defendants Federal Insurance

22 Company ("Federal") and Royal Indemnity Company, as successor in interest to Royal Insurance

23 Company of America ("Royal"), up to and including September 6, 2005, pursuant to FRCP

24 41(a)(1);

25     IT IS HEREBY STIPULATED that with respect to all other claims, including the

26 _____

27 [1] "Defense Costs" refer to all attorneys fees and costs (including but not limited to expert witness fees, court costs, deposition expenses, copying expenses and other costs reasonably necessary to the defense of Daily in the underlying litigation) with respect to Daily's defense of the underlying litigation that have been or will be incurred through and

28 including resolution of the appeal by Auerbach of the judgment in favor of U.S. Bancorp entered on July 22, 2005.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7283996.1                              STIPULATION OF DISMISSAL (C 04-3791 PJH)

1  Counterclaim filed by Federal against Gregory S. Daily ("Daily"), the above-captioned action be,
2  and hereby is, dismissed without prejudice;
3      IT IS HEREBY STIPULATED that each party will bear its own costs with respect to this
4  action.

5  Dated: October __19__, 2005                   MORGAN, LEWIS & BOCKIUS LLP

7                                            By _____
8                                              Cristina M. Shea
                                            Attorneys for Plaintiff
9                                              GREGORY S. DAILY

10  Dated: October ____, 2005                   ARCHER NORRIS

12                                            By _____
                                            H. Paul Breslin
                                            Attorneys for Defendant
13                                              FEDERAL INSURANCE COMPANY

14  Dated: October ____, 2005                   WILSON ELSER MOSKOWITZ
                                            EDELMAN & DICKER LLP

17                                            By _____
                                            Louis Castoria
18                                              Attorneys for Defendant
                                            ROYAL INDEMNITY COMPANY
19                                              Successor in Interest to Royal Insurance
                                            Company of America

21      PURSUANT TO STIPULATION, IT IS SO ORDERED.

23  Dated: _____          _____

24                                              Hon. Phyllis J. Hamilton

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7283996.1                                   2                                         STIPULATION OF DISMISSAL (C 04-3791
                                                                                                                PJH)

10/18/2005 08:52 FAX 925 930 6620     ARCHER NORRIS                            ☒004

Counterclaim filed by Federal against Gregory S. Daily ("Daily"), the above-captioned action be, and hereby is, dismissed without prejudice;

IT IS HEREBY STIPULATED that each party will bear its own costs with respect to this action.

Dated: October _____, 2005          MORGAN, LEWIS & BOCKIUS LLP

By _____
Cristina M. Shea
Attorneys for Plaintiff
GREGORY S. DAILY

Dated: October 18, 2005             ARCHER NORRIS

By _____
H. Paul Breslin
Attorneys for Defendant
FEDERAL INSURANCE COMPANY

Dated: October _____, 2005          WILSON ELSER MOSKOWITZ
                                    EDELMAN & DICKER LLP

By _____
Louis Castoria
Attorneys for Defendant
ROYAL INDEMNITY COMPANY
Successor in Interest to Royal Insurance
Company of America

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

Hon. Phyllis J. Hamilton

Counterclaim filed by Federal against Gregory S. Daily ("Daily"), the above-captioned action be, and hereby is, dismissed without prejudice;

IT IS HEREBY STIPULATED that each party will bear its own costs with respect to this action.

Dated: October _____, 2005        MORGAN, LEWIS & BOCKIUS LLP


By _____
   Cristina M. Shea
   Attorneys for Plaintiff
   GREGORY S. DAILY

Dated: October _____, 2005        ARCHER NORRIS


By _____
   H. Paul Breslin
   Attorneys for Defendant
   FEDERAL INSURANCE COMPANY

Dated: October _11_, 2005         WILSON ELSER MOSKOWITZ
                                  EDELMAN & DICKER LLP


By _____
   Louis Castoria
   Attorneys for Defendant
   ROYAL INDEMNITY COMPANY
   Successor in Interest to Royal Insurance
   Company of America


PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 10/24/05                   _____
                                  Hon. Phyllis J. Hamilton